IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-01252-EWN-BNB

LUCILLA VALENTINES, and
PAMELA JOHNSON,

Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA, a Tennessee corporation, d/b/a
CROWLEY COUNTY CORRECTIONAL FACILITY,
LOU ARCHULETA, individually,
MICHAEL ARELLANO, individually,
DEBRA AHLIN, individually,
GAYNELL PRITTS, individually,
MICHAEL COLVIN, individually, and
JAMES WEBBER, individually,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **State Defendants' Unopposed Motion to Amend Third Revised Scheduling Order** (the "Motion"), filed July 8, 2005. Good cause having been shown and in view of the fact that the Motion is unopposed:

IT IS ORDERED that the Motion is GRANTED. The depositions of Pamela Henderson and Lucilla Valentine may occur at a time and date as the parties may agree, but not later than **August 31, 2005**.

Dated July 15, 2005.

                                BY THE COURT:

                                /s/ Boyd N. Boland
                                United States Magistrate Judge