IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-CV-01252-EWN-BNB

LUCILLA VALENTINES (GIGLIOTTI), and
PAMELA HENDERSON (JOHNSON),

    Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA, a Tennessee Corporation,
d/b/a Crowley County Correctional Facility;
LOU ARCHULETA, individually;
MICHAEL ARELLANO, individually;
DEBRA AHLIN, individually;
GAYNELL PRITTS, individually;
MICHAEL COLVIN, individually;
JAMES WEBBER, individually,

    Defendants.

---

## ORDER

---

Upon review of the State Defendants' and Plaintiff Henderson's Stipulated Motion for Dismissal of Complaint with Prejudice, IT IS HEREBY ORDERED that Plaintiff Henderson's complaint against State Defendants Lou Archuleta, Michael Arellano, Deborah Ahlin, Gaynell Pritts, Michael Colvin and James Webber is dismissed with prejudice. Each party to bear her/its own costs.

DATE: September 2, 2005

                                                    s/Edward W. Nottingham
                                                  Judge Edward W. Nottingham