IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-CV-01252-EWN-BNB


LUCILLA VALENTINES (GIGLIOTTI), and
PAMELA HENDERSON (JOHNSON),

     Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA, a Tennessee Corporation,
d/b/a Crowley County Correctional Facility;
LOU ARCHULETA, individually;
MICHAEL ARELLANO, individually;
DEBRA AHLIN, individually;
GAYNELL PRITTS, individually;
MICHAEL COLVIN, individually;
JAMES WEBBER, individually,

     Defendants.

---

## ORDER

---

ENTERED BY UNITED STATES DISTRICT COURT JUDGE EDWARD W. NOTTINGHAM.

Upon review of the State Defendants' and Plaintiff Valentines's Stipulated Motion for Dismissal of Complaint with Prejudice, IT IS HEREBY ORDERED that Plaintiff Valentines's complaint against State Defendants Lou Archuleta, Michael Arellano, Deborah Ahlin, Gaynell Pritts, Michael Colvin and James Webber is dismissed with prejudice. Each party to bear her/its own costs.

DATE: September 6, 2005

               s/Edward W. Nottingham
               Judge Edward W. Nottingham